FORM NO. 2

# United States Bankruptcy Court
## Western District of Tennessee

In re **David Lee Clark / Leora Malone Clark**  
Debtor(s)

Case No. _____  
Chapter **13**

## CHAPTER 13 PLAN
### (INDIVIDUAL ADJUSTMENT OF DEBTS)

| | | |
|---|---|---|
| DEBTOR(S): | (H) **David Lee Clark** | S.S.# **xxx-xx-2373** |
| | (W) **Leora Malone Clark** | S.S.# **xxx-xx-0140** |
| ADDRESS: | **7103 Kerrville-Rosemark Road** | |
| | **Millington, TN 38053** | |

PLAN PAYMENT: Debtor(s) to pay $ **459.00**  (weekly, every two weeks, semi-monthly, monthly)
PAYROLL DEDUCTION: **YES**   OR ( ) DIRECT PAY  
BECAUSE:  
FIRST PAYMENT DATE:

PLACE OF EMPLOYMENT:  
**Spouse's Employer: Ingram Micro**  
**ATTN: PAYROLL DEPT.**  
**3820 Micro Drive**  
**Millington, TN 38053**

ADMINISTRATIVE: Pay filing fee, Trustee's fee, and debtor's attorney fee, pursuant to Court Order.

MONTHLY PLAN PMT.

| | | |
|---|---|---|
| AUTO INSURANCE: | ( ) Not included in Plan   ( ) Included in Plan | $ **-NONE-** |
| CHILD SUPPORT: | Future support through Plan to _____ | $ **-NONE-** |
| | Child support arrearage amount _____ | $ |
| PRIORITY CREDITORS: | **-NONE-** | $ **-NONE-** |

HOME MORTGAGE: If no arrearage, ongoing payments are to be paid directly by the debtor(s).  
**Specialized Loan Servicing, LLC**  
Ongoing pmt. Begin _____ $ **632.08**  
Approx. arrearage **7,164.12**   Interest **0.00** %   $ **120.00**

SECURED CREDITORS;  
(retain lien 11 U.S.C. Sec. 1325{a}{5})

| | VALUE COLLATERAL | RATE OF INTEREST | MONTHLY PLAN PMT. |
|---|---|---|---|
| **Chase Auto Finance - 2002 GMC Envoy** | $ **Claim - 1,625.18** | **5.25** % | $ **31.00** |

UNSECURED CREDITORS: Absent a specific court order otherwise, all claims, other than those specifically provided for above, shall be paid as general unsecured debts. Percentage to be paid to be determined by Trustee; 10%

ESTIMATED TOTAL UNSECURED, NON-PRIORITY DEBT: **$51,755.00**

TERMINATION: Plan shall terminate upon payment of the above, approximately **60** months.

**Rejected Leases**  
**-NONE-**:  
**Assumed Leases**  
**-NONE-**:

*ADEQUATE PROTECTION PAYMENT WILL BE 1/4 (25%) OF PROPOSED CREDITOR MONTHLY PAYMENT.  
FAILURE TO FILE TIMELY WRITTEN OBJECTION TO CONFIRMATION WILL BE DEEMED ACCEPTANCE OF PLAN.

DEBTOR'S ATTORNEY:  
**Bo Luxman BPR #21580**  
**Law Office of Bo Luxman**  
**P.O. Box 3077**  
**Memphis, TN 38173-0077**  
**901-526-7770 Fax:901-526-7957**