**Dated: February 25, 2015**
**The following is SO ORDERED:**

_____
George W. Emerson, Jr.
UNITED STATES BANKRUPTCY JUDGE

_____

```
                    UNITED STATES BANKRUPTCY COURT
                     WESTERN DISTRICT OF TENNESSEE


In Re:                                              Chapter 13
DAVID LEE CLARK & LEORA MALONE CLARK

Debtor(s)                                           Case No. 14-30705-E
SSN XXX-XX-2373     SSN XXX-XX-0140
```

---

Order Confirming Plan

---

   It appearing to the Court that the debtor(s) has filed a plan which has been sent to the scheduled creditors; that at the confirmation hearing it appeared to the Court from statements of the Chapter 13 Trustee, and the entire record herein that the plan as finalized complies with 11 U.S.C.A. §1325(a) and other applicable provisions of Bankruptcy Code; and that the plan should be confirmed;
   IT IS THEREFORE, ORDERED BY THE COURT:

1. That the debtor(s)' plan, which is attached hereto, is confirmed;

2. That the debtor pay into the plan as follows:

 Debtor Two Employer   INGRAM MICRO                    $477.00 EVERY TWO WEEKS

If this is different from the originally proposed plan, then the Trustee is ordered to enter a separate order changing payment. Furthermore, the debtor(s)' future earnings shall remain under the exclusive control of this Court. In the event of dismissal, or conversion, funds held by the Trustee shall be paid to creditors unless otherwise ordered by the court.

3. All property shall remain property of the Chapter 13 estate under §§541(a) and 1306(a) and shall revest in the debtor(s) only upon discharge pursuant to §1328(a), dismissal of the case, or specific order of the Court. The debtor(s) shall remain in possession of and in control of all property of the

estate not transferred to the Trustee, and shall be responsible for the protection and preservation of all such property, pending further orders of the Court.

4. An attorney fee is allowed in the amount of $3,000.00.

5. The percentage to be received by unsecured creditors is to be determined by the Trustee after the expiration of the 90 day bar date for the filing of claims; separate order to be entered thereon.

6. Any real estate tax claimants shall be treated as fully secured if the plan proposes to treat them as secured debts. If the debtor(s) surrender(s) any real property during the pendency of this case, the real property will no longer be property of the estate and the automatic stay shall terminate regarding interests of affected real property taxing authorities.

7. The balances of any student loans shall survive discharge if the plan indicates same.


CC: Sylvia Ford Brown              /s/ Sylvia Ford Brown
JB                                 Chapter 13 Trustee
    BO LUXMAN ATTY
    P O BOX 3077
    MEMPHIS, TN  38173-0077

CHAPTER 13 PLAN (INDIVIDUAL ADJUSTMENT OF DEBTS)

```
DEBTOR(S)      DAVID LEE CLARK                          SSN XXX-XX-2373
              :LEORA MALONE CLARK                       SSN XXX-XX-0140
BK NUMBER      14-30705-E
              :7103 KERRVILLE-ROSEMARK ROAD
               MILLINGTON, TN  38053

PLAN PAYMENT  :(DEBTOR 2)     $477.00   EVERY TWO WEEKS    - Payroll Deducti

EMPLOYER(S)   :  INGRAM MICRO
                 3820 MICRO DR
                 MILLINGTON, TN  38053
```

ADMINISTRATIVE  Pay filing fee, Trustee fee, and debtor's attorney fee

```
                                                              MONTHLY
                                                              PLAN PYMT

AUTO INSURANCE:


HOME MORTGAGE: If no arrearage, ongoing payments are to be paid directly

   SPECIALIZED LOAN SERVICING LL  ongoing pmt. begin  03/01/2015     $575.86
      Approx. arrearage     $5,029.41  Interest      0.00%           $120.00

SECURED CREDITORS:                      VALUE       INT RATE   MONTHLY
[retain lien 11 U.S.C.                                         PLAN PYMT
   JPMORGAN CHASE BANK, N.A.          $1,735.41      5.25%       $34.00
```

UNSECURED CREDITORS:  The percentage to be received by unsecured creditors is to be determined by the Trustee upon the expiration of the 90 day bar date for the filing of claims; separate order to be entered.

```
     MENDELSON LAW FIRM                 $970.72
     AMERICREDIT FINANCIAL SERVICES   $8,619.89
     WM P MOSS II                    $31,316.69
     REVENUE RECOVERY CORPORATION       $533.07
     MENDELSON LAW FIRM              $19,473.31
     ATLANTIC CREDIT AND FINANCE        $884.70
     [Add]
     ATLANTIC CREDIT AND FINANCE        $884.70
     [Add]
     US DEPT OF EDUCATION             $4,196.28
     QUANTUM3 GROUP LLC                 $548.39
     QUANTUM3 GROUP LLC                 $645.99
     [Add]
     VERSA FINANCE COMPANY              $169.33
```

TERMINATION: Plan shall terminate upon payment of the above, approximately  60 months.