## UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF TENNESSEE

| | |
|---|---|
| IN RE: § | |
| § | CASE NO. 14-30705 |
| DAVID LEE CLARK § | |
| LEORA MALONE CLARK § | |
| aka Leora Brody Ambrose § | |
| DEBTORS | |

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| | |
|---|---|
| **Specialized Loan Servicing LLC as servicing agent for NRZ Pass-Through Trust X** | **The Bank of New York Mellon Trust Company, National Association fka The Bank of New York Trust Company, N.A. as successor to JPMorgan Chase Bank, as Trustee for Residential Asset Securities Corporation, Home Equity Mortgage Asset-Backed Pass Through Certificates Series 2002-KS6 c/o Specialized Loan Servicing LLC** |
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:

**Specialized Loan Servicing LLC**
**8742 Lucent Blvd, Suite 300**
**Highlands Ranch, Colorado 80129**

Phone: **(800) 315-4757**
Last Four Digits of Acct #: **xxxxxx2100**

Name and Address where transferee payments should be sent (if different from above):

Specialized Loan Servicing LLC
PO Box 636007
Littleton, Colorado 80163

Phone: **(800) 315-4757**
Last Four Digits of Acct #: **xxxxxx2100**

Court Claim # (if known): 10-1
Amount of Claim: $70,830.42
Date Claim Filed: 02/16/2015

Phone: (800) 315-4757
Last Four Digits of Acct.#: 2100

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: /s/ Andrew Kussmaul                    Date:          12/08/2017
    Transferee/Transferee's Agent

Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

## CERTIFICATE OF SERVICE OF TRANSFER OF CLAIM

I hereby certify that a true and correct copy of the foregoing document has been served upon the following parties in interest on or before December 8, 2017 via electronic notice unless otherwise stated:

**Debtor**    *Via U.S. Mail*
David Lee Clark
7103 Kerrville-Rosemark Road
Millington, TN 38053

**Co-Debtor**    *Via U.S. Mail*
Leora Malone Clark
7103 Kerrville-Rosemark Road
Millington, TN 38053

**Debtors' Attorney**
Bo Luxman
44 North Second Street
Suite 1004
Memphis, TN 38103

**Chapter 13 Trustee**
Sylvia F. Brown
200 Jefferson Ave. Suite #1113
Memphis, TN 38103

Respectfully Submitted,

/s/ Andrew Kussmaul
Andrew Kussmaul